# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Transfer of Attorney to | : | No. 1 IDE |
| Administrative Suspension Status | : | |
| Pursuant to Pa.R.D.E. 219(I) | : | No. 126 DB 2017 |
| | : | |
| | : | Attorney Registration No. 207458 |
| | : | |
| | : | (Out of State) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of April, 2019, the Disciplinary Board having certified her name to the Court for failure to pay expenses taxed under Pa.R.D.E. 208(g)(3), Shannon Marie Pringle is transferred to administrative suspension status. *See* Pa.R.D.E. 219(I). She shall comply with all the provisions of Pa.R.D.E. 217.